IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOWE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDWAY LLC, MARATHON PETROLEUM COMPANY and KRONOS, INC.,<br><br>Defendants. | No. 17-cv-7303<br><br>Honorable Andrea R. Wood |

### JOINT STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Christopher Howe and Defendant Kronos Incorporated, by and through their undersigned attorneys, hereby jointly stipulate and agree that this matter be voluntarily dismissed without prejudice as to Defendant Kronos Incorporated, only, in the above-captioned action with the parties to bear their own attorney fees and costs.

ENTER:

_____
Judge Andrea R. Wood

| CHRISTOPHER HOWE | KRONOS INCORPORATED |
|---|---|
| /s/ Ryan F. Stephen | /s/ Joseph A. Strubbe |
| Ryan F. Stephan<br>James B. Zouras<br>Andrew C. Ficzko<br>Haley R. Jenkins<br>Stephan Zouras, LLP<br>205 N. Michigan Avenue, Suite 2560<br>Chicago, Illinois 60601<br>312/233-1550<br>lawyers@stephanzouras.com | Joseph A. Strubbe<br>Frederic T. Knape<br>VEDDER PRICE P.C.<br>222 N. LaSalle Street<br>Chicago, Illinois 60601-1003<br>312/609-7500<br>jstrubbe@vedderprice.com<br>fknape@vedderprice.com |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing **Joint Stipulation and Order for Voluntary Dismissal Without Prejudice** was electronically filed with the Clerk of Court on October 18, 2017 using the CM/ECF system that will send notification of the filing to all parties of record.

By: /s/ *Ryan F. Stephen*