**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER HOWE, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:17-cv-07303 |
| v. | ) ) | Hon. Andrea R. Wood |
| SPEEDWAY LLC, MARATHON PETROLEUM COMPANY, and KRONOS, INC., | ) ) ) ) | Magistrate Judge Hon. Susan E. Cox |
| Defendants. | ) ) | |

**SPEEDWAY LLC'S AND MARATHON PETROLEUM COMPANY'S
MOTION FOR LEAVE TO FILE A RESPONSE TO
<u>PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants Speedway LLC and Marathon Petroleum Company (together, "Speedway") respectfully move this Court for leave to file a response to Plaintiff's Second Notice of Supplemental Authority filed May 15, 2018. Speedway states in support of this motion:

1.      On May 15, 2018, Plaintiff filed a Second Notice of Supplemental Authority in support of Plaintiff's Motion to Remand to the Illinois Circuit Court. Plaintiff's Second Notice attaches and describes *Collier v. SP Plus Corp.*, 2018 WL 2186786 (7th Cir. 2018).

2.      To address *Collier*, Speedway respectfully requests leave to file the two-page response attached hereto as Exhibit A.

4047618

Dated:  May 18, 2018

Respectfully submitted,

SPEEDWAY LLC and
MARATHON PETROLEUM COMPANY

By: _/s/ Gary M. Miller_ _____

Tristan L. Duncan (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
(816) 474-6550
tlduncan@shb.com

Alfred Saikali (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Boulevard, Suite 3200
Miami, FL  33131
(305) 358-5171
asaikali@shb.com

Gary M. Miller
Anna S. Knight
Patrick J. Castle
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, 51st Floor
Chicago, IL  60606
Tel:  (312) 704-7700
Fax:  (312) 558-1195
Firm No. 58950
gmiller@shb.com
asknight@shb.com
pcastle@shb.com

**Attorneys for Defendants Speedway LLC and
Marathon Petroleum Company**

2

## CERTIFICATE OF SERVICE

I, Patrick J. Castle, an attorney, hereby certify that on **May 18, 2018**, I caused a true and correct copy of **SPEEDWAY LLC'S AND MARATHON PETROLEUM COMPANY'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** to be served on counsel of record via ECF pursuant to the General Order on Electronic Filing of the United States District Court, Northern District of Illinois, addressed as follows:

> Ryan F. Stephan
> James B. Zouras
> Andrew C. Ficzko
> Haley R. Jenkins
> STEPHAN ZOURAS, LLP
> 205 North Michigan Avenue, Suite 2560
> Chicago, IL 60601
> (312) 233-1550
> (312) 233-1560 (Fax)
> lawyers@stephanzouras.com
> rstephan@stephanzouras.com
> jzouras@stephanzouras.com
> aficzko@stephanzouras.com
>
> Benjamin H. Richman
> Sydney M. Janzen
> Ari J. Scharg
> Christopher L. Dore
> Alexander G. Tievsky
> J. Eli Wade Scott
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, IL 60654
> brichman@edelson.com
> sjanzen@edelson.com
> ascharg@edelson.com
> cdore@edelson.com
> atievsky@edelson.com
> ewadescott@edelson.com
>
> ***Attorneys for Christopher Howe***

*/s/ Patrick J. Castle*

4047618