# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER HOWE, individually and on behalf of all others similarly situated, </br></br>Plaintiff,</br></br>v.</br></br>SPEEDWAY LLC, MARATHON PETROLEUM COMPANY, and KRONOS, INC.,</br></br>Defendants. | No. 1:17-cv-07303</br></br>Hon. Andrea R. Wood</br></br>Magistrate Judge Hon. Susan E. Cox |

**SPEEDWAY LLC'S AND MARATHON PETROLEUM COMPANY'S
RESPONSE TO PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff's Second Notice of Supplemental Authority ("Second Notice") asks this Court to take notice of *Collier v. SP Plus Corp.*, No. 17-2431, 2018 WL 2186786 (7th Cir. 2018) ("*Collier*"). (Dkt. No. 78.) For the reasons explained below, Speedway LLC and Marathon Petroleum Company (together, "Speedway") dispute that *Collier* changes the proper analysis of Plaintiff's Motion for Remand, which should be denied. (*See* Dkt. No. 55.)

1. In *Collier*, plaintiffs sued SP Plus Corp. in Illinois Circuit Court in a putative class action under the Fair and Accurate Credit Transaction Act. *See Collier* at *1. SP Plus removed the case to the United States District Court for the Northern District of Illinois, arguing that the district court had federal question jurisdiction. SP Plus then moved to dismiss for lack of subject matter jurisdiction under Article III, after which the plaintiffs moved to remand the case back to state court. *Id.*

2. The district court denied the motion to remand and granted plaintiffs leave to amend their complaint to satisfy Article III. *Id.* "When they did not, the court dismissed the case

with prejudice." *Id*. The United States Court of Appeals for the Seventh Circuit vacated that judgment and ordered the district court to remand the case back to the Illinois Circuit Court. *Collier* at *3. The Seventh Circuit declined to order fees and costs for improper removal. *Id.*

3. *Collier* is distinguishable from this case, and does not support granting Plaintiff's Motion for Remand. The defendant in *Collier* moved to dismiss on the ground that the district court lacked subject matter jurisdiction, arguing that the plaintiff had not suffered an injury. *Collier* at *1. By contrast, Speedway's position is that "standing exists under Article III, period" (Dkt. No. 55 at 4) and that certain of "Plaintiff's alleged injuries suffice to establish jurisdiction" (*id.* at 8) even though they do not support Plaintiff's claim under the Illinois Biometric Information Privacy Act. Accordingly, unlike the defendant in *Collier*, Speedway has "establish[ed] that all elements of jurisdiction—including Article III standing—existed at the time of removal." *Collier* at *2.

4. Additionally, the Seventh Circuit in *Collier* declined to award fees and costs for improper removal under 28 U.S.C. § 1447(c), even though the defendant removed to federal court and then immediately challenged the existence of federal jurisdiction. *Id.* at *3. Speedway's position on removal has a far more "objectively reasonable basis" than that. *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005). Accordingly, although Speedway believes that jurisdiction exists, if the Court disagrees, it should nevertheless follow the *Collier* court in declining to award fees and costs.

3

Dated: May 18, 2018                                         Respectfully submitted,

                                                           SPEEDWAY LLC and
                                                           MARATHON PETROLEUM COMPANY

                                                     By:   */s/ Gary M. Miller*
                                                           One of Their Attorneys

Tristan L. Duncan (*pro hac vice*)          Gary M. Miller
SHOOK, HARDY & BACON L.L.P.                 Anna S. Knight
2555 Grand Boulevard                        Patrick J. Castle
Kansas City, MO 64108                       SHOOK, HARDY & BACON L.L.P.
(816) 474-6550                              111 South Wacker Drive, 51st Floor
tlduncan@shb.com                            Chicago, IL 60606
                                            Tel: (312) 704-7700
Alfred Saikali (*pro hac vice*)             Firm No. 58950
SHOOK, HARDY & BACON L.L.P.                 gmiller@shb.com
201 South Biscayne Boulevard, Suite 3200    asknight@shb.com
Miami, FL 33131                             pcastle@shb.com
(305) 358-5171
asaikali@shb.com                            ***Attorneys for Defendants Speedway LLC and Marathon Petroleum Company***

# **CERTIFICATE OF SERVICE**

I, Patrick J. Castle, an attorney, hereby certify that on **May 18, 2018,** I caused a true and correct copy of **SPEEDWAY LLC'S AND MARATHON PETROLEUM COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** to be served on counsel of record via ECF pursuant to the General Order on Electronic Filing of the United States District Court, Northern District of Illinois, addressed as follows:

> Ryan F. Stephan
> James B. Zouras
> Andrew C. Ficzko
> Haley R. Jenkins
> STEPHAN ZOURAS, LLP
> 205 North Michigan Avenue, Suite 2560
> Chicago, IL 60601
> (312) 233-1550
> (312) 233-1560 (Fax)
> lawyers@stephanzouras.com
> rstephan@stephanzouras.com
> jzouras@stephanzouras.com
> aficzko@stephanzouras.com
>
> Benjamin H. Richman
> Sydney M. Janzen
> Ari J. Scharg
> Christopher L. Dore
> Alexander G. Tievsky
> J. Eli Wade Scott
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, IL 60654
> brichman@edelson.com
> sjanzen@edelson.com
> ascharg@edelson.com
> cdore@edelson.com
> atievsky@edelson.com
> ewadescott@edelson.com
>
> *Attorneys for Christopher Howe*

                 */s/ Patrick J. Castle*

4046102