

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date  June 15, 2018

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Howe v. Speedway LLC et al
USDC Case Number:  17 cv 7303
Circuit Court Case Number:  2017 CH 11992

Dear Clerk:

A certified copy of an order entered on  May 31, 2017  by the Honorable Wood , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                      Sincerely yours,
                                      Thomas G. Bruton, Clerk

                                      By: /s/ Yvette Pearson
                                            Deputy Clerk

Enclosure(s)

Rev. 10/05/2016